# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDIA D. DIPRINZIO, | : | |
| | : | Civil Action |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 04-872 |
| | : | |
| MBNA AMERICA BANK, N.A., | : | |
| | : | (Smith, J.) |
| Defendant. | : | |

## DEFENDANT MBNA AMERICA BANK, N.A.'S
## PRETRIAL MEMORANDUM

Defendant MBNA America Bank, N.A. hereby submits this Pretrial Memorandum in accordance with the procedures of the Honorable Charles B. Smith.[1]

**I.     Defendant's Exhibits**

Defendant submits, along with this document, a copy of the following Exhibits in Defendant's exhibit binder.

| **D-1** | First Union Credit Card Acceptance (Application), 7/23/99 (MBNADIP0001) |
|---|---|
| **D-2** | Account Statement, 10/99 (MBNADIP0043) |
| **D-3** | Account Statement, 11/99 (MBNADIP0044) |
| **D-4** | Account Statement, 12/99 (MBNADIP0045) |
| **D-5** | Account Statement, 1/00 (MBNADIP0046) |
| **D-6** | Account Statement, 2/00 (MBNADIP0047) |
| **D-7** | Account Statement, 3/00 (MBNADIP0048) |
| **D-8** | Account Statement, 4/00 (MBNADIP0049-50) |
| **D-9** | Account Statement, 5/00 (MBNADIP0051) |
| **D-10** | Account Statement, 6/00 (MBNADIP0052) |
| **D-11** | Account Statement, 7/00 (MBNADIP0053) |
| **D-12** | Account Statement, 8/00 (MBNADIP0054) |
| **D-13** | Account Statement, 9/00 (MBNADIP0055) |

---

[1]     The parties' Amended Joint Pretrial Stipulation, submitted to the Court when the case was pending before Judge Ludwig, remains in effect and is incorporated herein by reference.

| D-14 | Account Statement, 10/00 (MBNADIP0056-57) |
|------|-------------------------------------------|
| D-15 | Account Statement, 11/00 (MBNADIP0058) |
| D-16 | Account Statement, 12/00 (MBNADIP0059) |
| D-17 | Account Statement, 1/01 (MBNADIP0060) |
| D-18 | Account Statement, 2/01 (MBNADIP0061) |
| D-19 | Account Statement, 3/01 (MBNADIP0062) |
| D-20 | Account Statement, 4/01 (MBNADIP0063) |
| D-21 | Account Statement, 5/01 (MBNADIP0064) |
| D-22 | Account Statement, 6/01 (MBNADIP0065) |
| D-23 | Account Statement, 9/01 (MBNADIP0004) |
| D-24 | Account Statement, 10/01 (MBNADIP0005) |
| D-25 | Account Statement, 11/01 (MBNADIP0006) |
| D-26 | Account Statement, 12/01 (MBNADIP0007) |
| D-27 | Account Statement, 1/02 (MBNADIP0008) |
| D-28 | Account Statement, 2/02 (MBNADIP0009) |
| D-29 | Account Statement, 3/02 (MBNADIP0010) |
| D-30 | Account Statement, 4/02 (MBNADIP0011) |
| D-31 | Account Statement, 5/02 (produced by Plaintiff, includes Plaintiff's handwritten notes) |
| D-32 | Account Statement, 5/02 (MBNADIP0012) (produced by MBNA) |
| D-33 | Account Statement, 6/02 (produced by Plaintiff) |
| D-34 | Account Statement, 6/02 (MBNADIP0013) (produced by MBNA) |
| D-35 | Account Statement, 7/02 (Internet print-out produced by Plaintiff) |
| D-36 | Account Statement, 7/02 (MBNADIP0014) (produced by MBNA) |
| D-37 | Account Statement, 8/02 (MBNADIP0015) |
| D-38 | Account Statement, 9/02 (MBNADIP0016) |
| D-39 | Account Statement, 10/02 (MBNADIP0017) |
| D-40 | Account Statement, 11/02 (MBNADIP0018) |
| D-41 | Customer Information System Documents, Account No. 4264-2984-1467-4815, 5/17/04, entries dated 5/30/02 to 6/23/03 (MBNADIP0028-38) |
| D-42 | Customer Information System Documents, Account No. 4264-2984-1467-4815, 9/7/04, entries dated 6/3/02 to 6/23/03 (MBNADIP0019-25) |
| D-43 | Archived Comment Records, Account No. 4264-2984-1467-4815, 9/8/04, entries dated 6/12/04 to 8/12/04 (MBNADIP0041) |
| D-44 | Customer Information System Documents, Account No. 4264-2989-9962-5018, 9/7/04, entries dated 11/7/02 to 6/23/03 (MBNADIP0026-27) |
| D-45 | Customer Information System Documents, Account No. 4264-2989-9962-5018, 5/17/04, entries dated 11/7/02 to 6/23/03 (MBNADIP0039-40) |
| D-46 | Non-Responsible Form, Completed by Plaintiff, 6/24/02 (MBNADIP0003) |
| D-47 | Non-Responsible Form, Not Completed, From Tom Hagen to Plaintiff, |

| | |
|---|---|
| | 6/25/02 (MBNADIP0066-67) |
| D-48 | Letter from Olivia Banes to Mr. Previdi (Havertown address), 7/22/02 (MBNADIP0068) |
| D-49 | Letter from Plaintiff to MBNA, 7/25/02 (MBNADIP0002) |
| D-50 | Non-Responsible Form, Not Completed, From Tom Hagen to Plaintiff, 8/3/02 (MBNADIP0069-70) |
| D-51 | Letter from Tom Hagen to Mr. Previdi (Colorado address), enclosing Non-Responsible Form, Not Completed, 8/3/02 (MBNADIP0071-72) |
| D-52 | Letter from Deborah King to Mr. Previdi (Colorado address), enclosing Application Copy, 8/6/02 (MBNADIP0073) |
| D-53 | Letter from Senior Account Manager to Mr. Previdi and Plaintiff (Colorado address), 8/20/02 (MBNADIP0074) |
| D-54 | Letter from Denise Cohn to Mr. Previdi (Colorado address), 10/7/02 (MBNADIP0075) |
| D-55 | IFCC Online Complaint Referral Form, Completed by Plaintiff (three pages), 12/17/02 |
| D-56 | Better Business Bureau Online Complaint Form, Completed by Plaintiff (four pages), 2/26/03 |
| D-57 | Letter from Cardmember Service to Plaintiff, undated (respecting increase in APR) |
| D-58 | Letter from Household to Plaintiff, 12/9/02 |
| D-59 | Equifax Credit Report for Plaintiff, 12/17/02 |
| D-60 | Experian Credit Report for Plaintiff, 12/17/02 |
| D-61 | Trans Union Credit Report for Plaintiff, 12/17/02 |
| D-62 | Letter from Plaintiff to Equifax, 3/17/03 |
| D-63 | Letter from Plaintiff to Experian, 3/17/03 |
| D-64 | Letter from Plaintiff to Trans Union, 3/17/03 |
| D-65 | FCRA Dispute Form from Equifax to MBNA, 3/27/03 (MBNADIP0077) |
| D-66 | FCRA Dispute Form from Experian to MBNA, 3/27/03 (MBNADIP0076) |
| D-67 | Equifax Credit Report for Plaintiff, 4/13/03 |
| D-68 | Experian Credit Report for Plaintiff, 4/15/03 |
| D-69 | Trans Union Credit Report for Plaintiff, 7/23/03 |
| D-70 | E-Oscar System Printout (two pages, redacted), for Claudia D. Previdi, Control No. *9999308617136129 |
| D-71 | E-Oscar System Sample Screen Print (one page, redacted), 10/20/04 |

## II.  **Defendant's Witness**

Denise English, a corporate representative of MBNA, will testify as to all issues of liability and damages.

### III. Memorandum of Issues Expected at Trial

Defendant has submitted a Trial Brief under separate cover relating to issues expected to arise at trial.

### IV. Jury Instructions

Defendant has submitted Proposed Jury Instructions under separate cover.

Respectfully submitted,

Dated: September 12, 2005

/s/ Karl S. Myers (VSC # KSM2012)
Paul M. Hummer, Esquire
Karl S. Myers, Esquire
Pa. Id. Nos. 46413 & 90307
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
(215) 972-7777
*Attorneys for Defendant*
*MBNA America Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDIA D. DIPRINZIO, | : | |
| | : | Civil Action |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 04-872 |
| | : | |
| MBNA AMERICA BANK, N.A., | : | |
| | : | (Smith, J.) |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant MBNA America Bank, N.A.'s Pretrial Memorandum* was served today upon counsel for the parties by hand delivery, addressed as follows:

John Soumilas, Esquire
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
*Counsel for Plaintiff*

Dated: September 12, 2005          /s/ Karl S. Myers (VSC # KSM2012)