IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CLAUDIA D. DiPRINZIO            :       NO. 2:04-cv-872
          Plaintiff             :
                                :
     VS.                        :
                                :
MBNA AMERICA BANK, N.A.,        :
          Defendant             :
```

CIVIL JUDGMENT

AND NOW, this *15th* day of *September*, 2005, following jury trial before the undersigned on September 14 and 15, 2005, and in accordance with the verdict of the jury, it is

ORDERED that JUDGMENT be and the same is hereby entered in favor of defendant, MBNA America Bank, N.A., and against plaintiff, Claudia D. DiPrinzio.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

9/15/2005 Copy via fax to:
Mark D. Mailman, Esquire; John Soumilas, Esquire (215-940-8000)
Karl S. Myers, Esquire; Paul Hummer, Esquire (215-972-1836)

Civ 1 (8/80)